UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAREEN HARDY,

       Plaintiff,                              Case No. 13-11022
                                                      Case No. 13-11426

v.

                                                      Paul D. Borman
                                                      United States District Judge

BANK OF AMERICA, *et al.*,                 Mona K. Majzoub
                                                      United States Magistrate Judge

       Defendant(s).
_____/

OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S AUGUST 26,
2013 REPORT AND RECOMMENDATION (ECF NO. 22)
AND (2) DISMISSING PLAINTIFF'S COMPLAINTS WITH PREJUDICE

In an Order dated April 18, 2013, this Court consolidated this case with Case No. 13-11426 pursuant to Federal Rule of Civil Procedure 42(a), granted Plaintiff's applications to proceed *in forma pauperis* and referred the consolidated action to Magistrate Judge Mona Majzoub for all pretrial matters and for initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B). On August 26, 2013, Magistrate Judge Majzoub issued her Report and Recommendation that Plaintiff's complaints in these consolidated cases be dismissed *sua sponte* under § 1915(e)(2)(B) for failure to state any plausible claim for relief against any party, for lacking any arguable basis in law and for being frivolous.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, and DISMISSES Plaintiff's Complaints in these consolidated actions

1

with prejudice pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

                                                s/Paul D. Borman  
                                                PAUL D. BORMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated:  September 16, 2013

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 16, 2013.

                                                s/Deborah Tofil  
                                                Case Manager